## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS/ST. JOHN

IN RE:

APPLICATION FOR EXEMPTION FROM THE ELECTRONIC PUBLIC ACCESS FEES BY

**David Zhang**

Misc. No. 2022- 34

## ORDER

This matter is before the Court upon the application and request by David Zhang for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that David Zhang, as an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption.

IT IS HEREBY

ORDERED that David Zhang has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information; and it is further

ORDERED that David Zhang shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of researching how bankruptcy judges make decisions in Chapter 13 cases; and it is further

ORDERED that David Zhang shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court, and the following limitations apply:

1. this fee exemption applies only to David Zhang and is valid only for the purposes stated above;

2. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. by accepting this exemption, David Zhang agrees not to sell for profit any data obtained as a result of receiving this exemption;

4.  David Zhang is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases; and

5.  this exemption is valid from the date of this Order through April 13, 2024.

    This exemption may be revoked at the discretion of the Court at any time.

DATED: September __9__, 2022

_____
Robert A. Molloy
CHIEF JUDGE